Downey *v.* The State.

question here, we think an answer by all the defendants is of record.

The judgment is therefore affirmed, with 3 per cent. damages and costs.

*Isaac Jenkinson,* for the appellants.

———————◄◆►———————

DOWNEY *v.* THE STATE.[1]

CRIMINAL LAW AND PRACTICE.—An indictment or information, under § 11, of the Act of *March* 5, 1859, (Acts 1859, p. 202,) for selling or giving away liquor to a minor, need not state the kind of liquor sold or given away, but must aver it to have been an "intoxicating liquor;" and on the trial it must appear that the liquor was within the definition of the term, "intoxicating liquor," given in § 2 of the Act.

APPEAL from the *Steuben* Circuit Court.

*Per Curiam.*—Indictment for retailing liquor, &c.

This case involves the same question as that decided in *Simpson* v. *The State,* 17 Ind. 444. The judgment below is, therefore, affirmed, with costs.

*A. Ellison,* for the appellant, in each case.

*Oscar B. Hord,* Attorney General for the State.

(1.) There were three other cases between the same parties, on indictments for the same offences, and the same judgment is rendered in each.